FRANK J. BLOOM COMPANY, PLAINTIFF-RESPONDENT, v.
HARRY KUEMMERLE ET AL., DEFENDANTS-APPEL-
LANTS.

Argued May 4, 1927—Decided October 27, 1927.

**Contracts—Commissions Alleged Due for Procuring Loan—Ver-
dict for Plaintiffs Included Interest—Held, No Error Found
Except in Amount of Damages—No Legal Right to Interest
Shown—Judgment Affirmed for Amount of Claim Excluding
Interest.**

On appeal.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the appellants, Cole & Cole.

For the respondents, Lee F. Washington.

PER CURIAM.

This suit was brought to recover the sum of $1,600 com-
missions alleged to be due for procuring a loan in the sum
of $50,000 to be used to take an assignment of a mortgage,
then held against the property of the defendants, and a fur-
ther sum of $150 interest on the $50,000 and interest on the
sum of $1,600.

The trial resulted in a verdict for the plaintiff for
$1,836.72. The defendant appealed and filed seven grounds
of appeal, only two of which are argued in the appellants'
brief, viz., the sixth and seventh. We find no error, except
in the amount of damages. There is nothing in the case to
show that the plaintiff was under any legal obligation to pay
the lender the interest sued for. Nor is there anything to
show that the defendants agreed to pay interest by way of
damages for a breach of their agreement to accept the loan
of $50,000. But as we find the only question with respect

to which the verdict is wrong is the amount of the verdict, which is separable, the jury having settled the question of liability upon sufficient evidence, the judgment will be affirmed for $1,600 under the case of *Robinson* v. *Payne*, 99 *N. J. L.* 135.

The judgment of the Atlantic County Circuit Court will be affirmed for $1,600.